IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No. 05-CR-00446-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

2.    DUSTIN AMOS,

    Defendant.

_____

**Order**
_____

In Court today Charles Elliot, attorney for defendant Dustin Amos, moved for a 30 day continuance of the time calculations of the Speedy Trial Act, 18 U.S.C. § 3161. Assistant U.S. Attorney Phillip Brimmer, representing plaintiff United States of America, did not object.

The unique circumstances of this case involving sentencing in Wyoming and the need to obtain a transcript of those proceedings warrant granting this motion. I find and conclude that granting a 30 day continuance outweighs the best interest of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A). I further find and conclude that denying this motion for continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Defendant's motion for continuance is Granted.

A hearing on further status and scheduling is set for Friday, June 23, 2006 at 8:00am.

**DONE and ORDERED,** this   23rd   day of May, 2006 at Denver, Colorado.

                                              s/Lewis T. Babcock
                                            United States District Chief Judge