**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No.  05-cr-00446-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.  DUSTIN AMOS,

        Defendant.
_____

**ORDER**
_____

        This will confirm that a hearing on Defendant's Motion for Mental Health and Competency Evaluation is set **Tuesday, July 11, 2006 at 11:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901-19th Street, Denver, Colorado. Defendant must be present.

        BY THE COURT:

          s/Lewis T. Babcock
        LEWIS T. BABCOCK, Chief Judge

DATED: July 5, 2006