IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 05-CR-446-LTB

UNITED STATES OF AMERICA

    Plaintiff,

v.

2.    DUSTIN AMOS,

    Defendant.
_____

## ORDER
_____

As set forth on the record at the hearing held on July 27, 2007, IT IS HEREBY ORDERED as follows:

1. Defendant's Motion for Mental Health and Competency Evaluation [Doc # 52] is WITHDRAWN.

2. Defendant's withdrawal of the motion is supplemented by filing a copy of the forensic evaluation under seal.

3. A change of plea hearing is scheduled for August 22, 2007 at 10:30 a.m.

Dated: July 27, 2007 in Denver, Colorado.

                                                  BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  LEWIS T. BABCOCK, JUDGE